# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 29, 2018

### NO.  03-18-00218-CV

**Margaret Tucker, Appellant**

**v.**

**Keith Sneed, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on March 7, 2018.  Margaret Tucker has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.